IN RE: Banning, Leo; — Plaintiffs); Applying for Supervisory and/or Remedial *1082 Writ; Parish of Orleans Criminal District Court Div. “I” Number 327-875; to the Court of Appeal, Fourth Circuit, Number 98KW-1991
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; La.C.Cr.P. art. 980.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172; see also State ex rel. Banning v. State, 666 So.2d 667 (La.1996); cf. La.C.Cr.P. art. 930.4(D).
KNOLL, J. not on panel.